SLF

UNITED STATES DISCTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

FILED
08 FEB 22 AM 9:43
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY [illegible] DEPUTY

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | Magistrate Case No. '08 MJ 0519 |
| Plaintiff, | ) | |
| | ) | COMPLAINT FOR VIOLATION OF |
| v. | ) | |
| | ) | Title 8, U.S.C., Section 1324(a)(2)(B)(ii)- |
| **Maria Luz GARCIA-Camacho** | ) | Bringing in Illegal Alien(s) for |
| | ) | Financial Gain |
| Defendant. | ) | Title 18, U.S.C., Section 2- |
| | ) | Aiding and Abetting |

The undersigned complainant being duly sworn states:

On or about **February 21, 2008**, within the Southern District of California, defendant **Maria Luz GARCIA-Camacho**, with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that an alien, namely, **Edwin Rodolfo ORTIZ-Mazariegos**, had not received prior official authorization to come to, enter and reside in the United States, did bring to the United States said alien for the purpose of commercial advantage and private financial gain; in violation of Title 8, United States Code, Section 1324(a)(2)(B)(ii), and Title 18, United States Code, Section 2.

SIGNATURE OF COMPLAINANT
Sara Esparagoza, United States Customs
and Border Protection Enforcement Officer

Sworn to before me and subscribed in my presence, this **22nd** day of **February 2008**.

UNITED STATES MAGISTRATE JUDGE

SUT

## PROBABLE CAUSE STATEMENT

The complainant states that **Edwin Rodolfo ORTIZ-Mazariegos** is a citizen of a country other than the United States; that said alien has admitted he is deportable; that his testimony is material; that it is impracticable to secure his attendance at trial by subpoena; and that he is a material witness in relation to this criminal charge and should be held or admitted to bail pursuant to Title 18, United States Code, Section 3144.

On February 21, 2008 at approximately 1640 hours **Maria Luz GARCIA-Camacho (Defendant)**, was waiting to make application for admission into the United States from Mexico at the San Ysidro, California Port of Entry as the driver and sole visible occupant of a 1989 Chevy Blazer. A Customs and Border Protection (CBP) Canine Officer conducting roving operations approached Defendant and the CBP Officer's service canine alerted to the vehicle. A second CBP Officer arrived to the vehicle's location and Defendant declared to be a United States citizen. Defendant also presented a counterfeit Mexican vehicle registration form. Defendant gave a negative Customs declaration and claimed the vehicle belonged to a friend. Defendant stated she was going to San Diego, California. The Customs and Border Protection (CBP) officer asked Defendant again if she had anything to declare and Defendant stated she was bringing people into the United States but was not sure were they were located in the vehicle. The Customs and Border Protection (CBP) officer performed an inspection of the vehicle and noticed a non-factory compartment located in the undercarriage area of the vehicle. Defendant and the vehicle were escorted to secondary for further inspection.

In secondary, CBP Officers unscrewed and removed the rear seat from the vehicle to gain access to the compartment. CBP Officers lifted the access panel with force and upon opening the compartment area, discovered two individuals concealed within. CBP Officers assisted in removing the two individuals from the compartment. The two individuals were determined to be citizens of Mexico without entitlements to enter, pass through, or reside in the United States. One of the individuals was retained as a Material Witness and is now identified as **Edwin Rodolfo ORTIZ-Mazariegos (Material Witness).**

During a videotape proceeding, Defendant was advised of her Miranda rights and elected to submit to questioning without benefit to counsel. Defendant admitted knowledge of the concealed aliens. Defendant admitted she was going to receive $1,000.00 USD for smuggling the aliens into the United States. Defendant stated she was taking the car to a McDonald's parking lot off Palomar Street in Chula Vista, California.

On a separate videotaped interview, Material Witness declared he is a citizen of Mexico without legal documents or rights to enter the United States. Material Witness stated he was going to Los Angeles, California to seek employment. Material Witness stated he made arrangements with an unknown person and was going to pay $3,500 USD to be smuggled into the United States.

SIGNATURE OF COMPLAINANT
Sara Esparagoza, United States Customs
and Border Protection Enforcement Officer

UNITED STATES MAGISTRATE JUDGE