UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff | CRIMINAL NO. 08CR619-DMS |
| vs. | ORDER |
| | RELEASING MATERIAL WITNESS |
| Maria Luz Garcia-Camacho | Booking No. 07308298 |
| Defendant(s) | |

On order of the United States District/Magistrate Judge, **NITA L. STORMES**

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody: (Bond Posted / Case Disposed / Order of Court).

Edwin Rodolfo Ortiz-Mazariegos

DATED: 3-6-08

**NITA L. STORMES**

UNITED STATES DISTRICT/MAGISTRATE JUDGE

RECEIVED ______________ DUSM

**OR**

W. SAMUEL HAMRICK, JR. Clerk

by

**Deputy Clerk**



✩ U.S. GPO: 2003-581-774/70082